UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GUARANTEED RATE, INC., | ) | Case No. 1:21-cv-05080 |
| | ) | |
| Plaintiff, | ) | Judge: Hon. Martha M. Pacold |
| v. | ) | |
| | ) | Magistrate Judge: Hon. Beth W. Jantz |
| ANDREW MARQUIS, KEVIN COCCOLUTO, | ) | |
| PATRICK COLLINS, JAMES ELLIS, TOM | ) | |
| GIUSTI, and NICK MARLIN, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO SEAL**

Reid J. Schar
Andrew F. Merrick
Benjamin T. Halbig
Margaret M. Hlousek
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350
(312) 527-0484 (Fax)
rschar@jenner.com
amerrick@jenner.com
bhalbig@jenner.com
mhlousek@jenner.com

*Counsel for Guaranteed Rate, Inc.*

Pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 26.2, Plaintiff Guaranteed Rate, Inc. ("GRI"), by and through its undersigned counsel Jenner & Block LLP, hereby respectfully moves this Court for leave to file under seal portions of Plaintiff's Opposition to Defendants' Motion to Compel.

In support thereof, GRI states as follows:

1. On December 3, 2021, GRI filed its Opposition to Defendants' Motion to Compel ("Opposition"). In GRI's Opposition, GRI discusses the terms of a confidential settlement agreement between CrossCountry Mortgage, LLC ("CrossCountry") and GRI (the "Settlement Agreement").

2. Both "the Federal Rules of Civil Procedure and this Court's Local Rules permit the filing of documents under seal 'for good cause.'" *Hedick v. Kraft Heinz Co.*, 2019 WL 4958238, at *13 (N.D. Ill. Oct. 8, 2019) (citation omitted); *see also Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999); *see also* Local Rule 26.2(b) (applying "good cause" standard).

3. Good cause exists to grant GRI's Motion to Seal because: (1) GRI and CrossCountry entered into the Settlement Agreement on a confidential basis; and (2) the Settlement Agreement contains confidential information that could harm GRI and CrossCountry if made publicly available or if discussions of that information were made publicly available.

4. Due to the confidential nature of this information, this Court has already sealed Defendants' Motion to Compel. *See* Dkt. No. 69 (minute entry granting Defendants' Motion to Seal (Dkt. No. 67)).

5. GRI will file a redacted version of its Opposition on the public record.

6. Defendants Andrew Marquis, Kevin Coccoluto, Patrick Collins, James Ellis, Tom Giusti, and Nick Marlin do not oppose this motion.

WHEREFORE, GRI respectfully requests that the Court grant its Motion to Seal portions of GRI's Opposition.

Dated: December 3, 2021

Respectfully submitted,

GUARANTEED RATE, INC.
By: */s/ Reid J. Schar*
One of Its Attorneys

Reid J. Schar
Andrew F. Merrick
Benjamin F. Halbig
Margaret M. Hlousek
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL  60654-3456
(312) 222-9350
(312) 527-0484 (Fax)
rschar@jenner.com
amerrick@jenner.com
bhalbig@jenner.com
mhlousek@jenner.com

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, states that on December 3, 2021, he caused a copy of the foregoing to be served on all counsel of record via the Court's ECF system.

                                                                         */s/ Reid J. Schar*