# Exhibit 7

Message

| | |
|---|---|
| **From**: | Andrew Marquis [marquis.andrew@gmail.com] |
| on behalf of | Andrew Marquis <marquis.andrew@gmail.com> [marquis.andrew@gmail.com] |
| **Sent**: | 8/10/2021 7:14:42 PM |
| **To**: | Michelle Novak [Michelle.Novak@myccmortgage.com] |
| **CC**: | Barden Conn [Bard.Conn@myccmortgage.com] |
| **Subject**: | Re: Confidential Offer of Employment |
| **Attachments**: | Aug 10, Doc 1.pdf |

Hi Michelle,
Let's keep moving ahead (attached).

Enjoy your evening.

Cheers,

Andrew
(978) 505-0975

On Tue, Aug 10, 2021 at 3:05 PM Andrew Marquis <marquis.andrew@gmail.com> wrote:
> Hi Michelle,
> Thank you for sending and really nice meeting you yesterday.
>
> I'm indisposed at the moment but will review this evening!
>
> Andrew
>
>> On Aug 10, 2021, at 2:54 PM, Michelle Novak <Michelle.Novak@myccmortgage.com> wrote:
>>
>> Hi Andrew:
>>
>> Please find attached a confidential offer from CrossCountry Mortgage. Please contact me if you have any questions.
>>
>> Thanks,
>>
>> Michelle
>>
>> **Michelle Novak**
>> Executive Vice President Human Resources
>> **M** 480.751.8086
>> **D** 440.262.3895
>> **E** michelle.novak@myccmortgage.com

<linkedin-green.png>

**CrossCountry Mortgage, LLC**
6850 Miller Road
Brecksville, OH 44141
Company NMLS3029

<CrossCountry-Mortgage.png>

<marketing_1005_craig_2021topworkplaces_signature_banner_bf_v3_r1_1.png>

NOTICE: The information contained in this communication is confidential and/or legally privileged. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is strictly prohibited. If you have received this electronic mail transmission in error, please destroy the original communication, delete it from your system without copying or forwarding it, and notify us by telephone at 440-845-3700.

<Confidential Offer Letter Marquis.pdf>



CONFIDENTIAL

DEF000433