# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GUARANTEED RATE, INC., | ) Case No. 1:21-cv-05080 |
| Plaintiff, | ) |
| v. | ) Judge: Hon. Martha M. Pacold |
| | ) |
| ANDREW MARQUIS, KEVIN COCCOLUTO, | ) Magistrate Judge: Hon. Beth W. Jantz |
| PATRICK COLLINS, JAMES ELLIS, TOM | ) |
| GIUSTI, and NICK MARLIN, | ) |
| Defendants. | ) |

## GUARANTEED RATE INC.'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF 25 PAGES

Reid J. Schar
Andrew F. Merrick
Benjamin T. Halbig
Margaret M. Hlousek
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350
(312) 527-0484 (Fax)
rschar@jenner.com
amerrick@jenner.com
bhalbig@jenner.com
mhlousek@jenner.com

*Counsel for Guaranteed Rate, Inc.*

Pursuant to Local Rule 7.1, Plaintiff Guaranteed Rate, Inc. ("GRI"), by and through its undersigned counsel, hereby respectfully moves this Court for leave to file its Reply in Support of Its Pre-Hearing Proposed Findings of Fact and Conclusions of Law in Support of Its Motion for Preliminary Injunction (hereinafter "Reply Brief") in excess of 25 pages as required by Local Rule 7.1.

In support thereof, GRI states as follows:

1. On October 12, 2021, GRI and Defendants Andrew Marquis, Kevin Coccoluto, Patrick Collins, James Ellis, Tom Giusti, and Nick Marlin (collectively, "Defendants," and GRI and Defendants together, the "Parties") submitted to this Court their Joint Status Report pursuant to this Court's October 5, 2021 Order. Dkt. No. 27. The Parties requested a 25-page limit for preliminary injunction briefs to be served simultaneously. *Id.* at 2.

2. On October 14, 2021, this Court entered a Scheduling Order. Dkt. No. 29. In the Court's Scheduling Order, the Court ordered that "prehearing briefs related to Plaintiff's motion for preliminary injunction [were] not to exceed 25 pages in length." *Id.* at 2.

3. On December 9, 2021, GRI filed its Initial Pre-Hearing Proposed Findings of Fact and Conclusions of Law in Support of Its Motion for Preliminary Injunction. Dkt. No. 84. GRI's filing met the 25-page limit imposed by this Court. *Id.*

4. Defendants filed two separate pleadings for a total of 73 pages: (1) Defendants' Opposition to Motion for Preliminary Injunction (Dkt. No. 96), which was 25 pages; and (2) Defendants' Omnibus Proposed Findings of Fact and Conclusions of Law (Dkt. No. 97), which was 48 pages. Defendants did not seek a stipulation from GRI or permission from the Court before filing their 73-page submission.

5. GRI has worked diligently to prepare a concise Reply Brief that addresses the various legal arguments and factual contentions raised by Defendants' December 22, 2021 submission. GRI respectfully requests an additional 10 pages to the 25-page limit provided by the Court's October 14, 2021 Scheduling Order to address the arguments and contentions set forth in Defendants' 73-page submission.

6. Counsel for GRI conferred with counsel for Defendants on January 4, 2022 regarding GRI's request to file a brief in excess of the 25-page limit. Counsel for Defendants indicated that they oppose GRI's request.

WHEREFORE, for the foregoing reasons, GRI respectfully requests that the Court GRANT its Motion for Leave to File Its Reply Brief in Excess of 25 Pages, and that the Court enter an order granting GRI an additional 10 pages for its Reply Brief.

Dated: January 4, 2022

Respectfully submitted,

GUARANTEED RATE, INC.
By: */s/ Reid J. Schar*
One of Its Attorneys

Reid J. Schar
Andrew F. Merrick
Benjamin F. Halbig
Margaret M. Hlousek
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350
(312) 527-0484 (Fax)
rschar@jenner.com
amerrick@jenner.com
bhalbig@jenner.com
mhlousek@jenner.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 4, 2022, I caused a copy of the foregoing Plaintiff's Motion for Leave to File Its Reply Brief in Excess of 25 Pages to be electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                                                */s/ Reid J. Schar*