**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GUARANTEED RATE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civ No.: Case No. 1:21-cv-05080 |
| | ) | |
| v. | ) | District Judge: Hon. Martha M. Pacold |
| | ) | |
| ANDREW MARQUIS, ET AL., | ) | Magistrate Judge: Hon Beth W. Jantz |
| | ) | |
| Defendants. | ) | |

**<u>JOINT STATUS REPORT</u>**

Plaintiff Guaranteed Rate, Inc. ("GRI") and Defendants Andrew Marquis, Kevin Coccoluto, Patrick Collins, James Ellis, Tom Giusti, and Nick Marlin ("Defendants") (collectively the "Parties"), respectfully submit this joint status report pursuant to the Court's December 29, 2021 Order, Dkt. No. 101. The Parties last submitted a joint status report to the Court on November 19, 2021.

The Parties are engaged in settlement discussions. At present, the Parties do not anticipate the need to reschedule a hearing on GRI's preliminary injunction motion. The Parties will inform the Court if they believe a settlement conference would be productive. Subject to the Court's direction, the Parties will provide another status report on or before January 31, 2022.

Dated:  January 18, 2022

Respectfully submitted,

GUARANTEED RATE, INC.

By:    /s/ Reid J. Schar
One of Its Attorneys

Reid J. Schar
Andrew F. Merrick
Benjamin F. Halbig
Margaret M. Hlousek
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654-3456
(312) 222-9350
(312) 527-0484 (Fax)
rschar@jenner.com
amerrick@jenner.com
bhalbig@jenner.com
mhlousek@jenner.com

*Counsel for Plaintiff*

FOX ROTHSCHILD LLP

By:    /s/ Jeffrey Widman
One of Defendants' Attorneys

Jeffrey Widman
Martin Martos, II
Gabrielle Winslow
Fox Rothschild LLP
321 N. Clark St., Suite 1600
Chicago, IL 60654
(312) 980-3807 - direct
(312) 517-9201 - fax
jwidman@foxrothschild.com
gwinslow@foxrothschild.com
mmartos@foxrothschild.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Reid Schar, an attorney, hereby certify that I caused to be filed the foregoing joint status report using the Court's CM/ECF filing system, which served a copy on all counsel of record on this, the 18th day of January, 2022.

 /s/  Reid J. Schar