IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GUARANTEED RATE, INC., | ) |
| Plaintiff, | ) Civ No.: Case No. 1:21-cv-05080 |
| v. | ) District Judge: Hon. Martha M. Pacold |
| ANDREW MARQUIS, ET AL., | ) Magistrate Judge: Hon Beth W. Jantz |
| Defendants. | ) |

**JOINT STATUS REPORT**

Plaintiff Guaranteed Rate, Inc. ("GRI") and Defendants Andrew Marquis, Kevin Coccoluto, Patrick Collins, James Ellis, Tom Giusti, and Nick Marlin ("Defendants") (collectively the "Parties"), respectfully submit this joint status report pursuant to the Court's January 19, 2022 Order, Dkt. No. 110. The Parties last submitted a joint status report to the Court on January 18, 2022.

The Parties continue settlement discussions and are making progress toward an agreement. The Parties will inform the Court if they believe a settlement conference would be productive. Subject to the Court's direction, the Parties will provide another status report on or before February 14, 2022.

Dated: January 31, 2022                                              Respectfully submitted,

                                                                     GUARANTEED RATE, INC.

                                                                     By:   /s/ Reid J. Schar
                                                                     One of Its Attorneys

                                                                     Reid J. Schar
                                                                     Andrew F. Merrick
                                                                     Benjamin F. Halbig
                                                                     Margaret M. Hlousek
                                                                     JENNER & BLOCK LLP
                                                                     353 N. Clark Street
                                                                     Chicago, IL 60654-3456
                                                                     (312) 222-9350
                                                                     (312) 527-0484 (Fax)
                                                                     rschar@jenner.com
                                                                     amerrick@jenner.com
                                                                     bhalbig@jenner.com
                                                                     mhlousek@jenner.com

                                                                     *Counsel for Plaintiff*


                                                                     FOX ROTHSCHILD LLP

                                                                     By:   /s/ Jeffrey Widman
                                                                     One of Defendants' Attorneys

                                                                     Jeffrey Widman
                                                                     Martin Martos, II
                                                                     Gabrielle Winslow
                                                                     Fox Rothschild LLP
                                                                     321 N. Clark St., Suite 1600
                                                                     Chicago, IL 60654
                                                                     (312) 980-3807 - direct
                                                                     (312) 517-9201 - fax
                                                                     jwidman@foxrothschild.com
                                                                     gwinslow@foxrothschild.com
                                                                     mmartos@foxrothschild.com

                                                                     *Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I, Reid J. Schar, an attorney, hereby certify that I caused to be filed the foregoing joint status report using the Court's CM/ECF filing system, which served a copy on all counsel of record on this, the 31st day of January, 2022.

                                                                            /s/ Reid J. Schar