IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GUARANTEED RATE, INC., ) | |
| ) | |
| Plaintiff, ) | Civ No.: Case No. 1:21-cv-05080 |
| ) | |
| v. ) | District Judge: Hon. Martha M. Pacold |
| ) | |
| ANDREW MARQUIS, ET AL., ) | Magistrate Judge: Hon Beth W. Jantz |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

Plaintiff Guaranteed Rate, Inc. ("GRI") and Defendants Andrew Marquis, Kevin Coccoluto, Patrick Collins, James Ellis, Tom Giusti, and Nick Marlin ("Defendants") (collectively the "Parties"), respectfully submit this joint status report pursuant to the Court's February 14, 2022 Order, Dkt. No. 114. The Parties last submitted a joint status report to the Court on February 14, 2022.

The Parties continue settlement discussions, are making progress, and have exchanged comments to a draft agreement. The Parties will inform the Court if they believe a settlement conference would be productive. Subject to the Court's direction, the Parties will provide another status report on or before March 14, 2022.

| | |
|---|---|
| Dated: February 28, 2022 | Respectfully submitted,<br><br>GUARANTEED RATE, INC.<br><br>By:  /s/ Reid J. Schar<br>One of Its Attorneys<br><br>Reid J. Schar<br>Andrew F. Merrick<br>Benjamin F. Halbig<br>Margaret M. Hlousek<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>(312) 222-9350<br>(312) 527-0484 (Fax)<br>rschar@jenner.com<br>amerrick@jenner.com<br>bhalbig@jenner.com<br>mhlousek@jenner.com<br><br>*Counsel for Plaintiff*<br><br>FOX ROTHSCHILD LLP<br><br>By:  /s/ Jeffrey Widman<br>One of Defendants' Attorneys<br><br>Jeffrey Widman<br>Martin Martos, II<br>Gabrielle Winslow<br>Fox Rothschild LLP<br>321 N. Clark St., Suite 1600<br>Chicago, IL 60654<br>(312) 980-3807 - direct<br>(312) 517-9201 - fax<br>jwidman@foxrothschild.com<br>gwinslow@foxrothschild.com<br>mmartos@foxrothschild.com<br><br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

      I, Reid J. Schar, an attorney, hereby certify that I caused to be filed the foregoing joint status report using the Court's CM/ECF filing system, which served a copy on all counsel of record on this, the 28th day of February, 2022.

                                                                                          _/s/ Reid J. Schar_