IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GUARANTEED RATE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW MARQUIS, ET AL., ) <br> ) <br> Defendants. ) | Civ No.: Case No. 1:21-cv-05080 <br><br> District Judge: Hon. Martha M. Pacold <br><br> Magistrate Judge: Hon Beth W. Jantz |

**JOINT STATUS REPORT**

Plaintiff Guaranteed Rate, Inc. ("GRI") and Defendants Andrew Marquis, Kevin Coccoluto, Patrick Collins, James Ellis, Tom Giusti, and Nick Marlin ("Defendants") (collectively the "Parties"), respectfully submit this joint status report pursuant to the Court's March 15, 2022 Order, Dkt. No. 118. The Parties last submitted a joint status report to the Court on March 14, 2022.

The Parties continue settlement discussions, are making progress, and have now exchanged multiple comments to multiple drafts of the proposed settlement agreement. Progress is being made and certain issues have now been agreed upon. Additional time is necessary to finalize the remaining portions of the proposed settlement agreement. The Parties will inform the Court if they believe a settlement conference would be productive. Subject to the Court's direction, the Parties will provide another status report on or before March 28, 2022.

Dated: March 21, 2022

Respectfully submitted,

GUARANTEED RATE, INC.

By: /s/ Reid J. Schar
One of Its Attorneys

Reid J. Schar
Andrew F. Merrick
Benjamin F. Halbig
Margaret M. Hlousek
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350
(312) 527-0484 (Fax)
rschar@jenner.com
amerrick@jenner.com
bhalbig@jenner.com
mhlousek@jenner.com

*Counsel for Plaintiff*

FOX ROTHSCHILD LLP

By: /s/ Jeffrey Widman
One of Defendants' Attorneys

Jeffrey Widman
Martin Martos, II
Gabrielle Winslow
Fox Rothschild LLP
321 N. Clark St., Suite 1600
Chicago, IL 60654
(312) 980-3807 - direct
(312) 517-9201 - fax
jwidman@foxrothschild.com
gwinslow@foxrothschild.com
mmartos@foxrothschild.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I, Reid J. Schar, an attorney, hereby certify that I caused to be filed the foregoing joint status report using the Court's CM/ECF filing system, which served a copy on all counsel of record on this, the 21st day of March, 2022.

                                                                                    /s/ Reid J. Schar