**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GUARANTEED RATE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civ No.: Case No. 1:21-cv-05080 |
| | ) | |
| v. | ) | District Judge: Hon. Martha M. Pacold |
| | ) | |
| ANDREW MARQUIS, ET AL., | ) | Magistrate Judge: Hon Beth W. Jantz |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE 41(a)(1)(A)(ii)

Plaintiff Guaranteed Rate, Inc. ("GRI") and Defendants Andrew Marquis, Kevin Coccoluto, Patrick Collins, James Ellis, Tom Giusti, and Nick Marlin ("Defendants") (collectively the "Parties"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal of this action ***with prejudice***.  In support of the instant stipulation, the Parties state as follows:

WHEREAS, on September 24, 2021, GRI filed a complaint alleging claims against all Defendants (Dkt. 1);

WHEREAS, on October 18, 2021, all Defendants moved to dismiss GRI's complaint under Federal Rules of Civil Procedure 12(b)(7) and 12(b)(6) (Dkt. 32) and Defendant Andrew Marquis separately filed an answer, affirmative defenses, and counterclaims against GRI (Dkt. 33);

WHEREAS, counsel for all Parties have conferred and agreed to stipulate to the dismissal of this action, including all claims and counterclaims, ***with prejudice***;

WHEREAS, the Parties have further agreed that they shall each bear their own attorneys' fees and costs incurred in any way related to the litigation of this action;

1

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a "plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared[;]"

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(c), voluntary dismissal by stipulation under Rule 41(a)(1)(A)(ii) also applies to the dismissal of counterclaims;

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby **STIPULATE** and **AGREE** as follows:

1.     This action, including all claims and counterclaims, shall be dismissed ***with prejudice***;

2.     The Parties shall each bear their own attorneys' fees and expenses incurred in any way related to the litigation of this action.

**IT IS SO STIPULATED.**

Dated:  April 4, 2022

Respectfully submitted,

GUARANTEED RATE, INC.

By:   /s/ Reid J. Schar
One of Its Attorneys

Reid J. Schar
Andrew F. Merrick
Benjamin F. Halbig
Margaret M. Hlousek
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654-3456
(312) 222-9350
(312) 527-0484 (Fax)
rschar@jenner.com
amerrick@jenner.com
bhalbig@jenner.com
mhlousek@jenner.com

*Counsel for Plaintiff*

FOX ROTHSCHILD LLP

By:   /s/ Jeffrey Widman
One of Defendants' Attorneys

Jeffrey Widman
Martin Martos, II
Gabrielle Winslow
Fox Rothschild LLP
321 N. Clark St., Suite 1600
Chicago, IL 60654
(312) 980-3807 - direct
(312) 517-9201 - fax
jwidman@foxrothschild.com
gwinslow@foxrothschild.com
mmartos@foxrothschild.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, Reid J. Schar, an attorney, hereby certify that I caused to be filed the foregoing joint status report using the Court's CM/ECF filing system, which served a copy on all counsel of record on this, the 4th day of April, 2022.

 /s/  Reid J. Schar